UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROL JORDAN, <br> Plaintiff, <br> v. <br> VARGAS, et al., <br> Defendants. | Case No. 17-cv-03706-HSG (PR) <br><br> **SECOND ORDER OF SERVICE ON DEFENDANT L. GARCIA** |

Plaintiff, an inmate at Salinas Valley State Prison ("SVSP") proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On December 28, 2017, the Court screened plaintiff's amended complaint and found that it stated cognizable claims for retaliation, deliberate indifference to safety, and deliberate indifference to serious medical needs as against defendants SVSP correctional officers Vargas and Alvarez as well as a claim for deliberate indifference to serious medical needs as against defendant SVSP correctional officer Garcia. Dkt. No. 21. On May 1, 2018, the summons for defendant Garcia was returned unexecuted with the following remark by the United States Marshal: "USM/CDCR unable to identify specific defendant. Insufficient information." Dkt. No. 27. On June 5, 2015, the Court ordered plaintiff to either effectuate service on defendant Garcia or provide the Court with Garcia's current location so that the Marshal could effectuate service. Dkt. No. 30.

Plaintiff has filed response noting that Garcia's first initial is "L." Dkt. No. 31. He also states that at the time of the events complained of (i.e., April 2017), L. Garcia was assigned to the D-yard at SVSP as the "lead yard officer security and observation." *Id.*

Accordingly, the Court directs the Clerk to re-issue a summons and the United States Marshal to serve, without prepayment of fees, a copy of the amended complaint in this matter,

(dkt. no. 19), all attachments thereto, a copy of the court order filed December 28, 2017 (dkt. no. 21), and a copy of this order upon defendant **L. Garcia** at **SVSP.** The Clerk shall also mail a copy of this order to the SVSP Litigation Coordinator.

Defendants Vargas and Alvarez have appeared in this action through counsel from the California Attorney General's Officer. Within **thirty-five (35) days** of this order, the California Attorney General's Office shall inform the Court whether defendant L. Garcia has been served and whether they will represent defendant L. Garcia in this action.

The Clerk is further directed to correct the spelling of defendant Garcia's name on the court docket by substituting "L. Garcia" for "Garcia."

**IT IS SO ORDERED.**

Dated: 6/19/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge