UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROL JORDAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. VARGAS, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-03706-HSG (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 49 |

Good cause being shown, Plaintiff's request for an extension of time to file his opposition to Defendants' summary judgment motion is GRANTED. Plaintiff's opposition to the summary judgment motion shall be filed by **April 29, 2019**. Defendant shall file a reply brief no later than **14 days** after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 49.

**IT IS SO ORDERED.**

Dated: 2/26/2019

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge