UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROL JORDAN,<br><br>        Plaintiff,<br><br>    v.<br><br>VARGAS, et al.,<br><br>        Defendants. | Case No. 17-cv-03706-HSG<br><br>**JUDGMENT** |

Judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/30/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge